PER CURIAM.
We have for review Scott v. State, 729 So.2d 533 (Fla. 3d DCA 1999), which is a per curiam decision citing to Peart v. State, 705 So.2d 1059 (Fla. 3d DCA 1998), quashed, 756 So.2d 42 (Fla.2000). See art. V, § 3(b)(3), Fla. Const.; Jollie v. State, 405 So.2d 418 (Fla.1981). However, we have determined that jurisdiction was improvidently granted; thus, the case is hereby dismissed.
It is so ordered.
HARDING, C.J., and SHAW, WELLS, PARIENTE, LEWIS and QUINCE, JJ., concur.
ANSTEAD, J., dissents.